IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BUTLER B. BROWDER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:10cv761-MHT |
| | ) | (WO) |
| JOHN E. POTTER, | ) | |
| Postmaster General, | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

The plaintiff filed this lawsuit charging defendant John E. Potter, Postmaster General of the United States, with employment discrimination.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the defendant's motion to dismiss should be granted and this case dismissed.  Also before the court are the plaintiff's objection to the recommendation.  After an independent and de novo review of the record, the court concludes that the plaintiff's

objection should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of March, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**