IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BUTLER B. BROWDER,            )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    2:10cv761-MHT
                              )         (WO)
JOHN E. POTTER,               )
Postmaster General,           )
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's objections (doc. no. 24) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 23) is adopted.

(3) The defendant's motion to dismiss (doc. no. 13) is granted.

    (4) The defendant's alternative motion for summary judgment (doc. no. 13) is denied as moot.

    (5) This lawsuit is dismissed in its entirety for lack of subject-matter jurisdiction.

It is further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 22nd day of March, 2011.

                              /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**